Sean Kealii Enos (#023634)
Jeffrey W. Johnson (#024435)
SCHMEISER, OLSEN & WATTS, LLP
18 E. University Drive, Suite 101
Mesa, Arizona 85201
Telephone: (480) 655-0073
Facsimile: (480) 655-9536
kenos@IPlawUSA.com
jjohnson@IPlawUSA.com

*Attorneys for Plaintiff*

Robert M. Evans, Jr. (*pro hac vice*)
Marc W. Vander Tuig (*pro hac vice*)
Kyle G. Gottuso (*pro hac vice*)
SENNIGER POWERS LLP
100 N. Broadway, 17th Floor
St. Louis, MO 63102
(314) 345-7000
(314) 345-7600 Facsimile
revans@senniger.com
mvandertuig@senniger.com
kgottuso@senniger.com

Kenneth M. Motolenich-Salas
(Bar No. 027499)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000
(602) 530-8500
ken.motolenich@gknet.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| RUNBECK ELECTION SERVICES, INC., an Arizona Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELECTION SYSTEMS AND SOFTWARE, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No. CV-16-00087-PHX-JJT<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Runbeck Election Services, Inc. and Defendant Election Systems & Software, LLC hereby jointly stipulate to the dismissal with prejudice of all claims raised in the present action. Each party shall bear its own costs, expenses, and attorneys' fees.

DATED this 2nd day of February, 2017.

          Respectfully submitted,

          SENNIGER POWERS LLP

          By: /s/ *Robert M. Evans, Jr.*
          Robert M. Evans, Jr. (*pro hac vice*)
          Marc W. Vander Tuig (*pro hac vice*)
          Kyle G. Gottuso (*pro hac vice*)
          SENNIGER POWERS LLP
          100 N. Broadway, 17th Floor
          St. Louis, MO 63102
          (314) 345-7000
          (314) 345-7600 Facsimile
          revans@senniger.com
          mvandertuig@senniger.com
          kgottuso@senniger.com

          Kenneth M. Motolenich-Salas
          (Bar No. 027499)
          GALLAGHER & KENNEDY, P.A.
          2575 East Camelback Road
          Phoenix, Arizona 85016-9225
          (602) 530-8000
          (602) 530-8500
          ken.motolenich@gknet.com

          *Attorneys for Defendant Election Systems and Software, LLC*

SCHMEISER, OLSEN & WATTS LLP

By: */s/ Sean K. Enos*
Sean K. Enos
Jeffrey W. Johnson
SCHMEISER, OLSEN & WATTS, LLP
18 E. University Drive, Suite 101
Mesa, Arizona 85201
Telephone: (480) 655-0073
Facsimile: (480) 655-9536
kenos@IPlawUSA.com
jjohnson@IPlawUSA.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of February, 2017, a copy of the foregoing document was sent electronically via the Court's electronic filing system to all counsel of record.

<em>/s/ Robert M. Evans, Jr.</em>